No. 00–549. CEDRIC KUSHNER PROMOTIONS, LTD. *v.* KING ET AL. C. A. 2d Cir. [Certiorari granted, 531 U. S. 1050.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 00–5961. TYLER *v.* CAIN, WARDEN. C. A. 5th Cir. [Certiorari granted, 531 U. S. 1051.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 00–1021. RUSH PRUDENTIAL HMO, INC. *v.* MORAN ET AL. C. A. 7th Cir.; and

No. 00–1072. EDELMAN *v.* LYNCHBURG COLLEGE. C. A. 4th Cir. The Acting Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 00–6567. DUSENBERY *v.* UNITED STATES. C. A. 6th Cir. [Certiorari granted, 531 U. S. 1189.] Motion for appointment of counsel granted, and it is ordered that Allison M. Zieve, Esq., of Washington, D. C., be appointed to serve as counsel for petitioner in this case.

No. 00–7570. PARKER *v.* ASHCROFT, ATTORNEY GENERAL, ET AL. C. A. 10th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [531 U. S. 1136] denied.

No. 00–8777. IN RE CANNON; and

No. 00–8780. IN RE MCMINN. Petitions for writs of habeas corpus denied.

No. 00–1223. IN RE BRAUN;

No. 00–8124. IN RE BOONE;

No. 00–8221. IN RE FISH; and

No. 00–8531. IN RE WILLIAMS. Petitions for writs of mandamus denied.

No. 00–8223. IN RE FOSTER. Petition for writ of mandamus and/or prohibition denied.